RECEIVED
USDC CLERK, COLUMBIA, SC

IN THE UNITED STATES DISTRICT COURT 2025 APR 22  AM 10: 06
FOR THE DISTRICT OF SOUTH CAROLINA

Tyleek Rayquaun Johnson

_(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)_

-against-

Shana Peeler, Etl. Nurse Practitioner,
Cpt. Hayes, Mrs. Lucy, Ashley Hunt,
A. Roach, Kathy White

_(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)_

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. _____
_(to be filled in by the Clerk's Office)_

Jury Trial:     ☑ Yes     ☐ No
_(check one)_

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to proceed in *forma pauperis.*

1

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _Tyleek JohNSoN_

All other names by which you have been known: _____

_____

ID Number _____

Current Institution _____

Address _Spartanburg CouNty Det. CeNter_
_950 CaliforNia Ave. 29303_

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name _Cpt. Hayes_

Job or Title
(if known) _____

Shield Number _____

Employer _Spartburg couNty DefeNtioN CeNtr_

Address _950 CaliforNia Ave. SpartaNburg_
_SC 29303_

☑ Individual capacity        ☐ Official capacity

Defendant No. 2

Name _Mrs. Lucy_

2

Job or Title
(if known)                    _Medical Staff_____

Shield Number                _____

Employer                     _Spartanburg County Detention Center_
Address                      _950 California Ave. Spartanburg,_
                             _SC 29303_____

☑ Individual capacity            ☐   Official capacity

Defendant No. 3

  Name                       _Ashley Hunt_____
  Job or Title               _Medical Staff_____
  (if known)
  Shield Number              _____
  Employer                   _Spartanburg county Detention Center_
  Address                    _950 california Ave. Spartanburg, SC_
                             _29303_____

  ☑ Individual capacity          ☐   Official capacity

Defendant No. 4

  Name                       _Shana Peeler_____
  Job or Title               _Medical Staff_____
  (if known)
  Shield Number              _____
  Employer                   _Spartanburg County Detention Center_
  Address                    _950 california Ave. Spartanburg, SC_
                             _29303_____

  ☑ Individual capacity          ☐   Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

I. The defendant(s)

Defendant No. 5

Name: Kathy White

Job or Title: Medical coordinator

Employer: Spartanburg County detention Center

Address: 950 California Ave. Spartanburg, SC 29303

☑ Individual capacity

Defendant No. 6

Name: A. Roach

Job or Title: Medical staff

Employer: Spartanburg County detention Center

Address: 950 California Ave. Spartanburg, SC 29303

☑ Individual capacity

A.  Are you bringing suit against *(check all that apply)*:

    ☐  Federal officials (a *Bivens* claim)

    ☑  State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

14th Amendment, 8th Amendment, deliberate, indifference due process to Medical and treatment/living Conditions

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

 

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Cpt. Hayes Failed to address my complaints and acted under color of law violating my civil rights. By forcing Me to live in unhealthy living Conditions

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

    ☑  Pretrial detainee

    ☐  Civilly committed detainee

    ☐  Immigration detainee

4

Page 4) D:

I've been refused to be seen by mental health until upon my release. I wrote to see mental health in the year 2021 & 2022 and I still have not talked to anyone in this current year 2025. It was written through the kiosk machine. It was responded to by (A. Hunt, S. Paz) on a grievance. I was told I did not meet the criteria.

- It has four inmates housed to a room with not enough space. There are more inmates in a room than flushes to a toilet which are only three. There is mold in the vent and under the sinks behind a wooden board. No one comes to fully inspect this facility. The water is not pure it breaks out my skin. I wrote medical about and got a reply from J. Neely. I've been using cream medically prescribed and it gets worse.
- I've done months of (BMU) time which is considered lock-up time in this county. You go through different zones and in different parts you got no mats or covers for a portion of the time. And when you do get a cover it is a 8 pm and is taken a 4 am. So 16 hours I have no choice but to sleep on metal bunk or concrete. And when a cover is given for eight hours you got to sleep on steel which is very uncomfortable. I've been in rooms with broken toilets and no water. The summer of 2021 and 2022 Pod 4 I was housed in had no AC. Our living quaters are inhumane also a modern day torture. Also we're not given the same thing to eat as what's given in population. I've been told by multiple deputies that we are to be given the minimum calories, which is a very small portion. I had an attack and was told by deputy Rarran who talked to the nurse (Mr. Lucy) call the next time it happens again. I never even got my vitals checked

-Also for Me Which I am Muslim and also others incarcerated here. We are be descriminated. We're being told we cannot Pray together only on fridays when the chapel takes everyone to Jumuah on friday. The Month of Ramadan is very sacred to us all but were are being given cold food and sandwhiches with no fruit or vegies everyday with our lunch bags. We've told the chaplin and deputies we're entitled the same thing all inmates eat. But we're given less than others. I wrote grievances to chaplin Apple.
-These things I've been through in the last four years play a big role on My Mental State. And no one seems concerned. I've written Multiple grievances in BMU on paper and was ignored or Never got a reply or paper back

-I've had Multiple ear infections in the year of 2022 and 2025. I 2022 My opening to My ear closed and My Jawbone was hurting. I was examined by the medical staff (Roach). I was prescribed (benedry). I' had to wait numerous days before I was seen by a (RN) registered Nurse while I was in pain. I took more than a week for Me to get on Medicine from the day I informed the medical staff. On the date of (      ) I wrote It feels like I have another ear infection, no one came to examine Me. I was just prescribed Anti-biotics

☐     Convicted and sentenced state prisoner

☐     Convicted and sentenced federal prisoner

☐     Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____

_____

_____

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

1st claim: inhumane living quaters from 3/3/21 until now (all places I've been housed)
2nd claim: all my lock up times i'll have to write facility for dates in (BMU)
3rd Claim: being ignored to be seen by Mental health in (BMU).
4th claim: Being housed in the year 2021 & 2022 most of the summer we didn't have

C.     What date and approximate time did the events giving rise to your claim(s) occur? AC.

The inhumane living quaters is currently still going on in all places I've been house in lock up unit (BMU) and in population Pod 3, 4, 5, 6

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

The cells that we as inmates are housed in is too small for four inmates not enough space. Without working water in different rooms. And the rooms where the water

5

did work it's a black substance that is always in the water. It's Mold in the vents I've been incarcerated in this facility more than four years and they've never been clean. The pain and suffering I endure increases of My Mental state negatively. In 2023 Miles Brown was present in Pod 3. Deandre fuller and Elijah Bell was present in Pod 5 at different times as My roomates.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

In Pod 5 the month of october 2022 I had an attack where I was unable to speak and My body was rapidly Jerking. Elijah Bell informed deputy Chase Ravan something was wrong with Me. And the deputy called to Medical over one of the facility phones the issue at hand. The Nurse (Lucy) Said to let her know if it happened again. I was never given treatment or had My vitals checked. I was ignored while being held in lock up (BMU) Behavioral Misconduct Unit. Also all the times I've been in BMU sleeping on Metal.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want to press charges against Medical Staff and the facility Im housed in for ignoring My Medical issues. Also for making sleep in rooms with no covers or Mat; only having a Metal bunk and chair to sit on for 16 hours a day Multiples times in lock up. Im not sure what amount to request for My Mental state or injuries to having a bad back sleeping on Metal

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

6

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑    Yes

☐    No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Spartanburg County Detention Center
_____

_____

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐    Yes

☐    No

☑    Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐    Yes

☐    No

☑    Do not know

If yes, which claim(s)?

_____

_____

_____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑    Yes

☐    No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐    Yes

☐    No

E.    If you did file a grievance:

1.    Where did you file the grievance?

I Filed the grivance on Paper in BMU

2.    What did you claim in your grievance? I requested on Kiosk to speak to Mental health in 2021 I still have Not seen anyone About how we are being punished and that it is cruel. And how Water doesn't work, the light is broke, the vents have mold and No Ac blows out. The rooms are over crowded. And Medical attention wasn't given to me. And how the sentencing is being used cruely By deputy Gentry.

3.    What was the result, if any?

Most of the papers I Never got back and was ignored

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I've written to Captain Hayes on Paper grievances but he ignores Mostly every paper I send. Most things are covered up to Keep their trail clean its always been this way here. Most deputies claim the BMU Procedures were passed through lawyers which is Not believable

8

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

_____

_____

_____

_____

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

_____

_____

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

The phone lines are recorded for proof of my medical issue. My request for Mental health is on the computer kiosk.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐    Yes

☑    No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐    Yes

☑    No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1.    Parties to the previous lawsuit

        Plaintiff(s)    _____

        Defendant(s)    _____

    2.    Court *(if federal court, name the district; if state court, name the county and State)*

        _____

    3.    Docket or index number

        _____

    4.    Name of Judge assigned to your case

        _____

    5.    Approximate date of filing lawsuit

        _____

    6.    Is the case still pending?

        ☐    Yes

        ☐    No

        If no, give the approximate date of disposition. _____

10

7.      What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

C.      Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐      Yes

☑      No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.      Parties to the previous lawsuit

Plaintiff(s)     _____

Defendant(s)     _____

2.      Court *(if federal court, name the district; if state court, name the county and State)*

_____

_____

3.      Docket or index number

_____

4.      Name of Judge assigned to your case

_____

5.      Approximate date of filing lawsuit

_____

6.      Is the case still pending?

☐      Yes

☐      No

11

If no, give the approximate date of disposition. _____

7.     What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 16 , 2025.

Signature of Plaintiff     *Tyleek Johnson*

Printed Name of Plaintiff     Tyleek Johnson

Prison Identification #     21-01656

Prison Address     950 California Ave.

     Spartanburg     South Carolina     29303

     City        State        Zip Code

### B.   For Attorneys

Date of signing: _____, 20__.

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

12

Address         _____

Telephone Number   _____

E-mail Address      _____